# EXHIBITS

## 1 – 5

Plaintiff possesses additional exhibits relevant to the administrative record, which are not attached here to avoid unnecessary burden, but may be submitted upon request.

# EXHIBIT 1

Final Denial Letter



U.S. Department
of Transportation
**Federal Aviation
Administration**

Aviation Safety
Office of Aerospace Medicine
Federal Air Surgeon's Office

800 Independence Ave, SW,
AAM-240
Washington, DC 20591

**DECEMBER 13, 2025**

**REGULAR & CERTIFIED MAIL – Return Receipt Requested**

WILLIAM TOZER
21827 INGLEWOOD CT
BROADLANDS VA 20148

PI # 2463908
APP ID # 2002617266

Subject:  Medical Disqualification from Air Traffic Control Specialist (ATCS)
Duties

Dear Mr. Tozer:

I have reviewed the information contained in your agency medical record,
including all additional documentation that you may have submitted, and
reconsidered your medical disqualification from the duties of an Air Traffic
Control Specialist (ATCS).

The available medical evidence reveals an established medical history or
clinical diagnosis of:  unspecified anxiety; unspecified depression;
obsessive-compulsive disorder (OCD);use of conditional medication; and
neurodevelopmental disorder with autism spectrum traits.  These findings are
considered hazardous to public safety in the national air space.  I have
determined that you do not meet medical standards for the performance of ATCS
duties, as found in FAA Order 3930.3C, Air Traffic Control Specialist Health
Program, Appendix A, Medical Qualifications Standards, Paragraphs 5(g),6 and
8(c).

I have concluded that these findings preclude the safe performance of ATCS
duties under any condition that may reasonably be prescribed at this time, and
have sustained your medical disqualification.

In arriving at these decisions, all submitted information was considered.  You
have my best wishes for the future.

Sincerely,

*Brett Wynich, D.O.* for

Susan E. Northrup, M.D.
Federal Air Surgeon

cc:  James Koch M.D.
paw

# EXHIBIT 2

Letter From Dr. Edwards



U.S. Department
of Transportation

**Federal Aviation
Administration**

Aviation Safety

Office of Aerospace Medicine
ATC Virtual Hiring Team
9-agl-avs-medical-applicants@faa.gov
847-294-7300
Fax: 847-294-8387

December 8, 2025.

Mr. William Tozer
Sent via email: billctozer@gmail.com

Dear Mr. Tozer,

Your appeal of your medical disqualification has been reviewed by the FAA Flight Surgeon.
Regretably, we were unable to overturn your medical disqualification. Your record has been
forwarded to the Office of the Federal Air Surgeon for review. The decision of the Federal Air
Surgeon is the final medical decision of the agency.

If you have any questions, please call us at 847-294-7300.

Sincerely,

*Cj. Edwards, MD*

Curtis J. Edwards, MD, FACS
Flight Surgeon Virtual Hiring Team

# EXHIBIT 3

Standardized Practice Confirmation From Dr. Kay

 Gmail

Bill Tozer <billctozer@gmail.com>

## Confirmation for Medical Records

2 messages

**Bill Tozer** <billctozer@gmail.com>                                      Thu, Jan 29, 2026 at 4:26 PM
To: Gary G Kay <wnimail@aol.com>

Hello Dr. Kay,

I hope you're doing well. I'm currently organizing my medical records regarding the FAA and wanted to ask for a brief clarification for my file.

Would you be willing to confirm, in writing, that the CogScreen-AE and associated neuropsychological measures you administered on August 8, 2025 were conducted in accordance with standard testing protocols and your usual professional practices?

If helpful, a short statement confirming that the evaluation was properly administered and interpreted would be greatly appreciated.

Thank you again for your time and for your work on my evaluation.

Best regards,
William Tozer

--

--
Work email of Bill Tozer

**wnimail@aol.com** <wnimail@aol.com>                                      Thu, Jan 29, 2026 at 6:25 PM
To: Bill Tozer <billctozer@gmail.com>

Mr Tozer
Your exam followed standardized administration procedures and was interpreted following professional standards.
Dr. Kay

## Get Outlook for iOS

**From:** Bill Tozer <billctozer@gmail.com>
**Sent:** Thursday, January 29, 2026 4:26:53 PM
**To:** Gary G Kay <wnimail@aol.com>
**Subject:** Confirmation for Medical Records

[Quoted text hidden]

# EXHIBIT 4

Record Clarification Letter From Dr. Tekola

Bezawit Tekola, MD

3028 Javier Road, Fairfax, VA 22031

Phone 703-776-1783

Fax 571-281-5419

Date: 01/08/2025

To Whom It May Concern:

Re: Clarification of Medical Record Documentation

This letter is to clarify the documentation in the medical record of William Tozer (Date of birth: January 15, 2004).

During the patient's initial visit to GastroHealth on June 14, 2022, "depression" was documented in the past medical history section of the intake documentation. This information was obtained from the patient's self-reported past medical history as part of standard intake procedures.

I wish to clarify the following:

1. Depression was not diagnosed by me, Dr. Bezawit Tekola, during the patient's care at GastroHealth.
2. The reference to depression in the medical record from the June 14, 2022 visit represents patient-reported past medical history obtained during intake and does not reflect a diagnosis made by me or my clinical assessment.

This letter is provided for clarification purposes. If you have any questions regarding this clarification, please do not hesitate to contact our office.

Sincerely,

Bezawit Tekola, MD

# EXHIBIT 5

Diagnosis Explanation Letter From Dr. Mukhara

**Hemalatha Mukhara, MD**
Potomac Psychological Center, LLC
21001 Sycolin Road, #360
Ashburn, Va 20147-4073

703-858-7838
703-858-9697

| TOZER, WILLIAM C |
| --- |

2/4/2026
3:30:13 PM

ID: TOZER0000                         DOB: 1/15/2004

Clinical Message

Potomac Psychological Center
21001 Sycolin Road #360
Ashburn , Virginia 20147
Phone # 703-858-7838, Ext 100
Fax # 703-858-9697

Date: 02/04/2026
RE: William Tozer
DOB:01/15/2004

To Whom ever it may concern:

This is to notify that William Tozer has the following diagnosis.

Diagnosis:

Autism Spectrum Disorder, 299.00, F84.0 (ICD-9) (Active)
Obsessive-Compulsive Disorder, 300.3, F42.8 (ICD-9) (Active)

Current Medications:

Zoloft 125 mg at AM.

William has been under my care and seen in our office for more than 7 years. He is very compliant with visits and medication and has been doing very well. He has never been diagnosed with depression and his condition is very stable at this time. If you have any further questions don't hesitate to contact us.
Thanks.
Sincerely,

Hemalatha Mukhara, M.D.
DEA : BM8072403
Board Certified In Child, Adolescent and Adult Psychiatry.