UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

William Tozer
PLAINTIFF

VS.

Federal Aviation Administration
DEFENDANT(S)

Case: 1:26-cv-00343
Assigned To : McFadden, Trevor N.
Assign. Date : 2/5/2026
Description: Pro Se Gen. Civ. (F-DECK)

## MOTION

Request to use a P.O. Box

Plaintiff William Tozer requests permission to use a P.O. Box as his mailing address for the duration of the time he resides at Randolph-Macon College, and notify the Court when he intends to return home for breaks so that documents can be mailed to the appropriate location where the Plaintiff lives. At the time the complaint is submitted, Plaintiff is residing at his home address and will return to college on February 8, 2026.

Signature: William Tozer

Name (if applicable, Prisoner ID No.): William Charles Tozer

P.O. Box address →
Address/Facility Address: 304 Henry Street CMB 3948
City: Ashland  State: VA  Zip Code: 23005

RECEIVED
FEB 05 2026
Clerk, U.S. District & Bankruptcy
the District of Columbia

Rev: 8/8/2024
*Use additional pages as needed

