AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-00343

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Federal Aviation Administration
was received by me on *(date)* 3/31/2026 .

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Certified mail Sent 3/31/2026

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 3/31/2026

_____
*Server's signature*

Maurice MacEwen, President
*Printed name and title*
Pilots for HIMS Reform

12842 Drumclow Ln.
Fishers IN. 46037
*Server's address*

Additional information regarding attempted service, etc:

RECEIVED

MAR 31 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26 - CV - 00343

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pamela Bondi, Attorney General of the United States

was received by me on *(date)* 3/31/2026

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Certified mail sent 3/31/2026

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/31/2026

_____
Server's signature

Maurice MacEwen, President
Printed name and title
Pilots for HIMS Reform

12642 Drundow Ln.
Server's address
Fishers, IN. 46037

Additional information regarding attempted service, etc:

RECEIVED

MAR 31 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 3808 5361 12

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| Certified Mail Fee | $5.30 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $3.00 |
| Total Postage and Fees | $8.30 |

Sent To  U.S. Department of Justice
Street and Apt. No., or PO Box No. 950 Pennsylvania Avenue, NW
City, State, ZIP+4® Washington  D.C.  20530

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

9589 0710 5270 3808 5361 29

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20024

| Certified Mail Fee | $5.30 |
| Extra Services & Fees *(check box, add fee as appropriate)* | |
| ☐ Return Receipt (hardcopy) | $ |
| ☐ Return Receipt (electronic) | $ |
| ☐ Certified Mail Restricted Delivery | $ |
| ☐ Adult Signature Required | $ |
| ☐ Adult Signature Restricted Delivery | $ |
| Postage | $3.00 |
| Total Postage and Fees | $8.30 |

Sent To  Federal Aviation Administration
Street and Apt. No., or PO Box No. 800 Independence Avenue, SW
City, State, ZIP+4® Washington  D.C.  20024

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions