AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-CV-00343

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Civil Process Clerk
was received by me on *(date)* 3/31/2026

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Toyin Abejide _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* Civil
Process Clerk _____ on *(date)* 3/31/2026 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 3/31/2026

_____
*Server's signature*

Maurice MacEuen, President
*Printed name and title* Pilots for HIMS Reform

12842 Drumdow Ln.
*Server's address*
Fishers, IN. 46037

Additional information regarding attempted service, etc:



**RECEIVED**

MAR 3 1 2026

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia