# UNITED STATES DISTRICT COURT

# DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **WILLIAM TOZER**<br><br>      PLAINTIFF,<br><br>v.<br><br>**FEDERAL AVIATION ADMINISTRATION**<br><br>      DEFENDANT. | **Case No. 1:26-cv-00343-TNM** |

## NOTICE OF COMPLETED SERVICE

---

The following provides USPS tracking information confirming delivery of the summonses and

Complaint to the FAA and the Attorney General. My process server personally handed the

summons and complaint to the Civil Process Clerk. Proof of mailing of these documents was

previously filed on March 31, 2026. The first time I submitted proof of service, the Clerk

informed me I should have sent the agency the version with the 3D seal instead of a copy of the

document, so this is the proof for the corrected version of the summonses.



RECEIVED

APR 6 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

If further verification is required, your office possesses the green cards that were provided to the

Clerk on the same day the documents were mailed. The authenticity of these green cards can be

verified using the USPS website, where certified mail can be tracked. For convenience, the

tracking numbers are listed below:

9589071052703808536129

9589071052703808536112

Please advise if any additional information is required to constitute proper proof of service on

these federal agencies.


Additionally, after more thoroughly reading the Local Rules, I notice that the originally filed

Complaint was submitted in a font and spacing format not consistent with LCvR 5.1(d). The

Complaint's content and claims are not affected by this. Moving forward, I will ensure that all

filings comply with the Court's formatting requirements of 12-point Times New Roman font,

double-spaced, and apologize for any inconvenience I may have caused in my initial filing.


Thank you,

William Fozer

1:26-cv-00343:TNM

ALERT: IMPACTS FROM SNOW AND ICE CONDITIONS IN THE GREAT LAKES REGION OF THE ...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 95890710527038085536129

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 9:58 am on April 1, 2026 in WASHINGTON, DC 20591.

---

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20591
April 1, 2026, 9:58 am

**Arrived at Post Office**

WASHINGTON, DC 20018
April 1, 2026, 7:54 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
April 1, 2026, 2:37 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 31, 2026, 10:33 pm

**Departed Post Office**

WASHINGTON, DC 20210

March 31, 2026, 1:16 pm

**USPS in possession of item**
WASHINGTON, DC 20210
March 31, 2026, 11:40 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less** ⌃

Remove ✕

**Tracking Number:**

# 9589071052703808536112

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at the post office at 4:35 am on April 2, 2026 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

### Delivered
**Delivered, Individual Picked Up at Post Office**
WASHINGTON, DC 20530
April 2, 2026, 4:35 am

**Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20530
April 1, 2026, 11:15 am

1:26-cv-00343:TNM

**Arrived at Post Office**

WASHINGTON, DC 20018
April 1, 2026, 9:46 am

**Departed USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
April 1, 2026, 2:37 am

**Arrived at USPS Regional Facility**

WASHINGTON DC DISTRIBUTION CENTER
March 31, 2026, 10:33 pm

**Departed Post Office**

WASHINGTON, DC 20210
March 31, 2026, 1:16 pm

**USPS in possession of item**

WASHINGTON, DC 20210
March 31, 2026, 11:42 am

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean?** **(https://faq.usps.com/s/article/Where-is-my-package)**

See More ∨

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs