UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| WILLIAM TOZER,<br><br>     *Plaintiff*,<br><br>    v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>    *Defendant*. | Civil Action No. 26-0343 (TNM) |

## CONSENT MOTION FOR EXTENSION OF TIME
## TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant, Federal Aviation Administration (hereinafter, "Defendant"), by and through undersigned counsel, respectfully moves for a for a 40-day extension, to July 13, 2026, of the current deadline of June 1, 2026, to respond to Plaintiff's Complaint, ECF No. 1. Pursuant to Local Civil Rule 7(m), on May 26, 2026, the undersigned conferred with the pro se Plaintiff via telephone, who consents to the requested relief. Good cause supports this motion, as set forth below:

1. The Complaint in this action was filed on February 5, 2026. [ECF. No. 1]. Summonses were issued on March 31, 2026 [ECF No. 9] with service effectuated on the same day, making the current response deadline May 30, 2026. [ECF. No. 11]. Given that this date falls on a weekend, the response is due on the next business day, June 1, 2026.

2. Defendant respectfully requests an additional 40 days to respond to the Complaint which would bring this deadline to July 13, 2026.

3. In light of competing deadlines in other cases that have been assigned to undersigned counsel, the undersigned requires additional time to review the Complaint and its exhibits, confer with the agency, and prepare a response to the Complaint. This requested extension also accounts

for a period of time in early July where the undersigned anticipates she will be out of the office and therefore largely unavailable. Accordingly, Defendant requests an extension of the deadline to file its response to, and including, July 13, 2026.

4. This is the first extension request in this matter. No existing court deadlines will be impacted by this extension request other than the existing deadline to respond to Plaintiff's Complaint. Plaintiff will not be prejudiced by this brief extension request and furthermore consents to the requested relief.

5. A proposed order is attached.

Dated: May 26, 2026                           Respectfully submitted,
Washington, DC

                                              JEANINE FERRIS PIRRO
                                              United States Attorney


                                              By:    /s/ Samantha-Josephine Baker
                                              SAMANTHA-JOSEPHINE BAKER
                                              FL Bar #105714
                                              Assistant United States Attorney
                                              601 D Street, NW
                                              Washington, DC 20530
                                              Tel: (202) 252-2435
                                              Samantha-Josephine.Baker@usdoj.gov


                                              *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

        I hereby certify that on May 26, 2026, I caused a copy of the foregoing Consent Motion for Extension of Time to be served by U.S. Mail, postage prepaid, upon:

**WILLIAM TOZER, PRO SE**
21827 Inglewood Ct.
Broadlands, VA 20148
USA

                                       By:    /s/ Samantha-Josephine Baker
                                       SAMANTHA-JOSEPHINE BAKER

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM TOZER,

　　　　*Plaintiff*,

　　v.

FEDERAL AVIATION ADMINISTRATION,

　　　　*Defendant*.

Civil Action No. 26-0343 (TNM)

## [PROPOSED] ORDER

Upon consideration of Defendant's consent motion for extension of time, it is hereby

ORDERED that Defendant's motion for an extension of time is GRANTED; and it is

FURTHER ORDERED that Defendant shall have through and including July 13, 2026, to

respond to Plaintiff's Complaint in this action.

　　SO ORDERED:

_____
Date

_____
TREVOR N. MCFADDEN
United States District Judge