**UNITED STATES DISTRICT AND BANKRUPTCY COURTS**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| William Tozer<br>Plaintiff<br><br>v.<br><br>Federal Aviation Administration<br>Defendant | **CASE NO:** 1:26-cv-00343-TNM<br><br>**CHANGE OF MAILING ADDRESS** |

1. This change of mailing address is requested by: ■ Plaintiff ☐ Defendant

**2. Old Address:**

Name(s): William Tozer
Mailing Address: 21827 Inglewood Ct
City, State, Zip Code: Ashburn, Virginia, 20148

**3. New Address:**

Name(s): William Tozer
Mailing Address: CMB 3948, 304 Henry Street
City, State, Zip Code: Ashland, Virginia, 23005
Telephone Number(s): 571-420-6426

Date: 08/31/2026

William Tozer
Requestor's printed name(s)

William Tozer
Requestor's signature(s)

RECEIVED
AUG 31 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

**UNITED STATES DISTRICT COURT**

**DISTRICT OF COLUMBIA**

**WILLIAM TOZER**

PLAINTIFF,

v.

**FEDERAL AVIATION ADMINISTRATION**

DEFENDANT.

**Case No. 1:26-cv-00343-TNM**

**CERTIFICATE OF SERVICE**

---

I hereby certify that a true and correct copy of the included CHANGE OF MAILING ADDRESS was served by first-class mail, postage prepaid, on the 31st day of August, 2026, upon:

Samantha-Josephine Baker

Assistant United States Attorney

601 D Street, NW

Washington, DC 20530

571-420-6426

21827 Inglewood Ct

Broadlands, VA 20148