**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **WILLIAM TOZER,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL AVIATION ADMINISTRATION,**<br><br>Defendant. | Case No. 1:26-cv-00343 (TNM) |

**ORDER**

Upon consideration of the [1] Complaint, the [16] Motion to Dismiss, Plaintiff's [19] Opposition, the Government's [22] Reply, the relevant law, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the [16] Motion to Dismiss is GRANTED; it is further

**ORDERED** that the [1] Complaint is DISMISSED without prejudice.

The Clerk of Court is requested to close this case. This is a final, appealable order. See Fed. R. App. P. 4(a).

**SO ORDERED**.

2026.11.03
17:52:09 -05'00'

Dated: November 3, 2026

TREVOR N. McFADDEN, U.S.D.J.